THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILD FISH CONSERVANCY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>Defendants. | Case No. 3:24-cv-5296-BHS<br><br>STIPULATED MOTION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT<br><br>Noting Date: May 20, 2024 |

## I.    RELIEF REQUESTED

Plaintiffs Wild Fish Conservancy and Wild Salmon Rivers dba The Conservation Angler ("Plaintiffs") filed their complaint in this action on April 17, 2024. Dkt. # 1. Defendants Clatsop County Fisheries, Clatsop County Natural Resources Manager Steve Meshke, Clatsop County Oregon, and Clatsop County Manager Don Bohn (collectively, "Clatsop County Defendants") were served copies of the complaint and summonses via hand delivery on May 3, 2024.

Plaintiffs and Clatsop County Defendants have agreed to stipulate to additional time for Clatsop County Defendants to respond to the Complaint.

The parties to this stipulation hereby agree as follows:

STIPULATED MOTION AND ORDER TO EXTEND
TIME TO ANSWER COMPLAINT -- 1

Case No. 3:24-cv-5296-BHS

NORTHWEST RESOURCE LAW PLLC
71 Columbia Street, Suite 325
Seattle, WA 98104
206.971.1564

## II. STIPULATION

Plaintiffs and Clatsop County Defendants hereby stipulate that Clatsop County Defendants' deadline to respond to the Complaint is extended to June 24, 2024.

The parties jointly and respectfully request that the Court enter an order granting Clatsop County Defendants leave to extend the time for them to respond to the Complaint to June 24, 2024.

DATED this 20th day of May, 2024.

NORTHWEST RESOURCE LAW PLLC

*s/ Douglas J. Steding*
Douglas J. Steding, WSBA #37020
dsteding@nwresourcelaw.com
206.971.1567
David O. Bechtold, WSBA #55811
dbechtold@nwresourcelaw.com
503.664.3582
Merryn B. DeBenedetti, WSBA #35777
mdebenedetti@nwresourcelaw.com
206.971.1569
Greg A. Hibbard, WSBA #60526
ghibbard@nwresourcelaw.com
206.971.1568

*Attorneys for Defendants Clatsop County Fisheries, Steve Meshke, Clatsop County, Oregon, and Don Bohn*

KAMPMEIER & KNUTSEN, PLLC

*s/ Brian Knutsen (via email authorization)*
Brian Alan Knutsen, WSBA #38806
brian@kampmeierknutsen.com
Emma Agatha Otelia Bruden, WSBA #56280
emma@kampmeierknutsen.com
503.841.6515

*Attorneys for Plaintiffs Wild Fish Conservancy and Wild Salmon Rivers dba The Conservation Angler*

STIPULATED MOTION AND ORDER TO EXTEND
TIME TO ANSWER COMPLAINT -- 2

Case No. 3:24-cv-5296-BHS

NORTHWEST RESOURCE LAW PLLC
71 Columbia Street, Suite 325
Seattle, WA 98104
206.971.1564

# ORDER

THIS MATTER came to the attention of the undersigned Judge of the above-titled Court on the Stipulated Motion to Extend Time to Answer Complaint. The Court, having reviewed the records and files herein, and having fully considered the same and found good cause exists therefore:

It is hereby ORDERED, ADJUDGED, and DECREED that Defendants Clatsop County Fisheries, Steve Meshke, Clatsop County, Oregon, and Don Bohn have until June 24, 2024 to respond to the Complaint.

DATED this 21st day of May, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

NORTHWEST RESOURCE LAW PLLC

*s/ Douglas J. Steding*
Douglas J. Steding, WSBA #37020
dsteding@nwresourcelaw.com
206.971.1567
David O. Bechtold, WSBA #55811
dbechtold@nwresourcelaw.com
503.664.3582
Merryn B. DeBenedetti, WSBA #35777
mdebenedetti@nwresourcelaw.com
206.971.1569
Greg A. Hibbard, WSBA #60526
ghibbard@nwresourcelaw.com
206.971.1568

*Attorneys for Defendants Clatsop County Fisheries, Steve Meshke, Clatsop County, Oregon, and Don Bohn*

KAMPMEIER & KNUTSEN, PLLC

*s/ Brian Knutsen (via email authorization)*
Brian Alan Knutsen, WSBA #38806
brian@kampmeierknutsen.com
Emma Agatha Otelia Bruden, WSBA #56280
emma@kampmeierknutsen.com
503.841.6515

*Attorneys for Plaintiffs Wild Fish Conservancy and Wild Salmon Rivers dba The Conservation Angler*

STIPULATED MOTION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT -- 3

Case No. 3:24-cv-5296-BHS

NORTHWEST RESOURCE LAW PLLC
71 Columbia Street, Suite 325
Seattle, WA 98104
206.971.1564

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Western District of Washington using the CM/ECF system.

I declare that I caused the foregoing to be served to each of the following via the method indicated below:

| *Attorneys for Plaintiffs Wild Fish Conservancy and Wild Salmon Rivers dba The Conservation Angler* | |
|---|---|
| Brian Alan Knutsen, WSBA #38806<br>Emma Agatha Otelia Bruden, WSBA #56280<br>Kampmeier & Knutsen, PLLC<br>1300 SE Stark Street, Suite 202<br>Portland, OR 97214<br>503.841.6515<br>brian@kampmeierknutsen.com<br>emma@kampmeierknutsen.com | ☒ Served via the CM/ECF System per LCR 5(b) |
| *Attorneys for Defendants Kelly Susewind, Barbara Baker, Tim Ragen, James Anderson, John Lehmkuhl, Molly Linville, Woodrow Myers, Steve Parker, Melanie Rowland, and Lorna Smith* | |
| Edward David Callow, WSBA #30484<br>John Heidinger, WSBA # 50984<br>Washington Office of Attorney General<br>P.O. Box 40100<br>1125 Washington Street SE<br>Olympia, WA 98504<br>360.664.2854<br>ted.callow@atg.wa.gov<br>john.heidinger@atg.wa.gov | ☒ Served via the CM/ECF System per LCR 5(b) |
| *Defendants Davia Palmeri, Kathayoon Khalil, Becky Hatfield-Hyde, Leslie King, Mary Wahl, Robert Spelbrink, Mark Labhart, and Vacant Seat* | |
| Carla A. Scott, WSBA #39947<br>Oregon Office of Attorney General<br>100 SW Market Street<br>Portland, OR 97201<br>971.673.1880<br>carla.a.scott@doj.state.or.us | ☒ Served via the CM/ECF System per LCR 5(b) |
| *Attorneys for Defendants National Marine Fisheries Service, Janet Coit, United States Department of Commerce, and Gina Raimondo* | |

STIPULATED MOTION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT -- 4

Case No. 3:24-cv-5296-BHS

NORTHWEST RESOURCE LAW PLLC
71 Columbia Street, Suite 325
Seattle, WA 98104
206.971.1564

| | |
|---|---|
| Astrid Stuth Cevallos<br>U.S. Department of Justice, ENRD<br>Wildlife and Marine Resources Section<br>Benjamin Franklin Station, P.O. Box 7611<br>Washington, D.C. 20044<br>202.305.5751<br>astrid.cevallos@usdoj.gov | ☒ Served via the CM/ECF System per LCR 5(b) |

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

DATED this 20th day of May, 2024, in Seattle, Washington.

*s/ Eliza Hinkes*
Eliza Hinkes, Paralegal

STIPULATED MOTION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT -- 5

Case No. 3:24-cv-5296-BHS

NORTHWEST RESOURCE LAW PLLC
71 Columbia Street, Suite 325
Seattle, WA 98104
206.971.1564