1  ELLEN F. ROSENBLUM
   Attorney General
2  CARLA A. SCOTT  #054725
   Senior Assistant Attorney General
3  Department of Justice
   100 SW Market Street
4  Portland, OR 97201
   Telephone: (971) 673-1880
5  Fax: (971) 673-5000
   Email:  Carla.A.Scott@doj.state.or.us
6
   Attorney for Defendants Oregon Department of Fish & Wildlife and Oregon Fish & Wildlife
7  Commission

8

9

10             IN THE UNITED STATES DISTRICT COURT

11             WESTERN DISTRICT OF WASHINGTON

12                       AT TACOMA

13

14  WILD FISH CONSERVANCY; and WILD        | Case No.  3:24-cv-05296-BHS
    SALMON RIVERS d/b/a THE
15  CONSERVATION ANGLER,                   | OREGON STATE DEFENDANTS'
                                           | UNOPPOSED MOTION TO WAIVE LOCAL
16             Plaintiffs,                  | COUNSEL RESIDENCY REQUIREMENT

17       v.                                | NOTING DATE: MAY 30, 2024

18  NATIONAL MARINE FISHERIES
    SERVICE; JANET COIT, in her official
19  capacity as the Assistant Administrator for
    NOAA Fisheries; UNITED STATES
20  DEPARTMENT OF
    COMMERCE; GINA RAIMONDO, in her
21  official capacity as the United States Secretary
    of Commerce; KELLY SUSEWIND, in his
22  official capacity as the Director of the
    Washington Department of Fish & Wildlife;
23  BARBARA BAKER, in her official capacity
    as a member of the Washington Fish &
24  Wildlife Commission; TIM RAGEN, in his
    official capacity as a member of the
25  Washington Fish & Wildlife Commission;
    JAMES ANDERSON, in his official capacity
26

Oregon State Defs' Unopposed Motion to Waive          Department of Justice
Local Counsel Residency Requirement   - 1               100 SW Market Street
Case No. 3:24-cv-05296-BHS                               Portland, OR 97201
                                                  (971) 673-1880 / Fax: (971) 673-5000

1   as a member of the Washington Fish &
Wildlife Commission; JOHN LEHMKUHL, in
his official capacity as a member of the
2   Washington Fish & Wildlife Commission;
MOLLY LINVILLE, in her official capacity
3   as a member of the Washington Fish &
Wildlife Commission; WOODROW MYERS,
4   in his official capacity as a member of the
Washington Fish & Wildlife Commission;
5   STEVE PARKER, in his official capacity as a
member of the Washington Fish & Wildlife
6   Commission; MELANIE ROWLAND, in her
official capacity as a member of the
7   Washington Fish & Wildlife Commission;
LORNA SMITH, in her official capacity as a
8   member of the Washington Fish & Wildlife
Commission; DEBBIE COLBERT, in her
9   official capacity as the Director of the Oregon
Department of Fish and Wildlife;
10  KATHAYOON KHALIL, in her offical
capacity as a member of the Oregon Fish &
11  Wildlife Commission; BECKY HATFIELD-
HYDE, in her official capacity as a member of
12  the Oregon Fish & Wildlife Commission;
LESLIE KING, in her official capacity as a
13  member of the Oregon Fish & Wildlife
Commission; MARY WAHL, in her official
14  capacity as a member of the Oregon Fish &
Wildlife Commission; ROBERT
15  SPELBRINK, in his official capacity as a
member of the Oregon Fish & Wildlife
16  Commission; MARK LABHART, in his
official capacity as a member of the Oregon
17  Fish & Wildlife Commission; VACANT
SEAT, in their official capacity as a member
18  of the Oregon Fish & Wildlife Commission;
CLATSOP COUNTY FISHERIES; STEVE
19  MESHKE, in his official capacity as the
Natural Resources Manager for Clatsop
20  County Fisheries; CLATSOP COUNTY
OREGON; and DON BOHN, in his official
21  capacity as the County Manager of Clatsop
County Oregon
22
                    Defendants.
23

24

25

26

Oregon State Defs' Unopposed Motion to Waive
Local Counsel Residency Requirement   - 2
Case No. 3:24-cv-05296-BHS

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

1

**MOTION**

2    The Oregon State defendants, Debbie Colbert,[1] in her official capacity as the Director of

3    the Oregon Department of Fish and Wildlife, and Commissioners Kathayoon Khalil, Becky

4    Hatfield-Hyde, Leslie King, Mary Wahl, Robert Spelbrink, Mark Labhart, and Vacant Seat, in

5    their official capacities as members of the Oregon Fish & Wildlife Commission (collectively,

6    Oregon Defendants), move for waiver of the residency requirement for local counsel for

7    purposes of sponsoring attorneys for *pro hac vice* admission contained in Local Rule 83.1.  This

8    motion is unopposed and is supported by the memorandum below.

9

**MEMORANDUM IN SUPPORT**

10    Local Rule 83.1 (d) requires that attorneys seeking to participate in a case *pro hac vice* be

11    associated with local counsel who either resides in the Western District of Washington or has a

12    physical office in the Western District.  Defendants seek a waiver of the residency requirement to

13    allow Carla Scott, who is admitted to practice in the Western District of Washington and the

14    Attorney In Charge of the Oregon Department of Justice's (DOJ) Special Litigation Unit, to act

15    as local counsel for purposes of seeking admission of additional DOJ attorneys *pro hac vice* in

16    this matter.

17    District courts have inherent authority to control cases on their docket and waive

18    requirements of the local rules.  *See, e.g.,* Introduction to the Civil Rules (the local rules "apply

19    to all civil proceedings before this court unless otherwise ordered in a specific case"),

20    https://www.wawd.uscourts.gov/sites/wawd/files/042624%20WAWD%20Local%20Civil%20R

21    ules%20-%20Clean.pdf, last accessed May 22, 2024.  Waiver of the residency requirement for

22    local counsel is appropriate in this case because the Oregon Defendants are all individuals who

23    are employed by the State of Oregon, either as interim director of an agency or as members of a

24

25    [1] Pursuant to Fed. R. Civ. P. 25(d), Debbie Colbert, who was recently appointed Director of the
Oregon Department of Fish & Wildlife, has been substituted for Davia Palmeri, the former

26    Interim Director of the Oregon Department of Fish & Wildlife.

Oregon State Defs' Unopposed Motion to Waive
Local Counsel Residency Requirement   - 3
Case No. 3:24-cv-05296-BHS

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

1   commission, and whose official acts in those capacities have been challenged by this lawsuit.

2   The Oregon DOJ is statutorily required to represent these individuals when acting in their official

3   capacities.  ORS 180.220 describes the *exclusive* role of the Oregon DOJ when representing the

4   State:

> (1) The Department of Justice shall have:
>     (a) General control and supervision of all civil actions and
>         legal proceedings in which the State of Oregon may be a
>         party or may be interested.
>     (b) Full charge and control of all the legal business of all
>         departments, commissions and bureaus of the state, or of
>         any office thereof, which requires the services of an
>         attorney or counsel in order to protect the interests of the
>         state.
> (2) No state officer, board, commission, or the head of a
>     department or institution of the state shall employ or be
>     represented by any other counsel or attorney at law.

11   Thus, pursuant to statute, the Oregon Defendants are required to be represented by the Oregon

12   DOJ.

13       Moreover, Ms. Scott has been licensed to practice in the Western District of Washington

14   for years and is the Attorney in Charge of the Special Litigation Unit of Oregon DOJ.  If

15   allowed, she will fulfill the responsibilities of local counsel as set forth in the local rules,

16   including attesting that she will be prepared to handle the matter in the event the applicants for

17   admission pro hac vice are unable to be present on any date scheduled by the court.  LCR

18   83.1(d)(2).

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26

Oregon State Defs' Unopposed Motion to Waive
Local Counsel Residency Requirement  - 4
Case No. 3:24-cv-05296-BHS

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

1   For these reasons, the Oregon Defendants respectfully request waiver of the residency

2   requirement to enable Ms. Scott to serve as local counsel in the above matter.

3   DATED May   30  , 2024.                    Respectfully submitted,

4                                              ELLEN F. ROSENBLUM
                                               Attorney General
5

6                                              ____s/ Carla A. Scott_____
                                               CARLA A. SCOTT #054725
7                                              Senior Assistant Attorney General
                                               Trial Attorney
8                                              Tel (971) 673-1880 / Fax (971) 673-5000
                                               Carla.A.Scott@doj.state.or.us
9                                              Of Attorneys for Defendants ODFW & OFWC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Oregon State Defs' Unopposed Motion to Waive
Local Counsel Residency Requirement   - 5
Case No. 3:24-cv-05296-BHS

**ORDER**

1

2          THIS MATTER came to the attention of the undersigned Judge of the above-titled Court

3    on the Oregon State Defendants' Unopposed Motion to Waive Local Counsel Residency

4    Requirement. The Court, having reviewed the records and files herein, and having fully

5    considered the same and found good cause exists therefore:

6          It is hereby ORDERED, ADJUGED, and DECREED that Oregon State Defendants'

7    Unopposed Motion to Waive Local Counsel Residency Requirement is GRANTED.

8

9          DATED this 31st day of May, 2024.

10

11

12                                        _____
                                          BENJAMIN H. SETTLE
13                                        United States District Judge

14

Submitted by: Carla A. Scott
15                    Senior Assistant Attorney General
                      Attorneys for Defendants ODFW & OFWC
16

17

18

19

20

21

22

23

24

25

26

Oregon State Defs' Unopposed Motion to Waive
Local Counsel Residency Requirement   - 6
Case No. 3:24-cv-05296-BHS

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000