HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILD FISH CONSERVANCY; and WILD SALMON RIVERS d/b/a THE CONSERVATION ANGLER,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE; *et al.*,<br><br>    Defendants. | Case No. 3:24-cv-05296-BHS<br><br>PLAINTIFFS' UNOPPOSED MOTION TO EXTEND INITIAL DEADLINES AND ORDER<br><br>NOTE ON MOTION CALENDAR:<br>September 24, 2024 |

## **MOTION**

Plaintiffs Wild Fish Conservancy and The Conservation Angler (collectively, the "Conservation Groups") hereby move the Court under Federal Rule of Civil Procedure 6(b) to extend the initial deadlines set in this matter.

The Court has set the following deadlines:

| Case Obligation | Deadline |
|---|---|
| Deadline for FRCP 26(f) Conference: | September 27, 2024 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) Deadline: | October 4, 2024 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) Deadline: | October 11, 2024 |

MOTION TO EXTEND DEADLINES – 1
No. 3:24-cv-05296-BHS

KAMPMEIER & KNUTSEN, PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

Dkt. 51. The Conservation Groups and defendants State of Washington Department of Fish and Wildlife officials ("WDFW") filed a motion for entry of a consent decree on September 19, 2024 that will, if granted, resolve the Conservation Groups' claim against WDFW. Dkt. 64. On September 20, 2024, federal defendants National Marine Fisheries Service, et al. ("Federal Defendants") filed a motion to dismiss or, in the alternative, to stay the litigation. Dkt. 65. Defendants State of Oregon Department of Fish and Wildlife officials ("ODFW") also filed a motion to dismiss on September 20, 2024. Dkt. 68. The Conservation Groups seek to extend the initial deadlines identified above until after the Court resolves these pending motions.

Good cause exists for the relief requested herein. *See* Fed. R. Civ. P. 6(b). Specifically, the Conservation Groups seek to delay efforts on case scheduling until the pending motions identified above are resolved because those motions could affect the scope of the case and the scheduling needs. The Conservation Groups request that the Court extend the deadlines as follows:

| **Case Obligation** | **Deadline** |
|---|---|
| Deadline for FRCP 26(f) Conference: | 14 days following the Court's rulings on the motions to dismiss or, if a stay is granted, 14 days following the expiration of the stay |
| Initial Disclosures Pursuant to FRCP 26(a)(1) Deadline: | 21 days following the Court's rulings on the motions to dismiss or, if a stay is granted, 21 days following the expiration of the stay |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) Deadline: | 28 days following the Court's rulings on the motions to dismiss or, if a stay is granted, 28 days following the expiration of the stay |

Counsel for the Conservation Groups has conferred with counsel for the defendants to this lawsuit, who have stated that their clients do not oppose the relief requested herein. However, Federal Defendants requested that the following statement be included in this motion:

MOTION TO EXTEND DEADLINES – 2
No. 3:24-cv-05296-BHS

KAMPMEIER & KNUTSEN, PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

> Federal Defendants maintain that all of the claims alleged against them are to be reviewed in accordance with the Administrative Procedure Act, based on review of an administrative record, and that they are therefore not required to make initial disclosures under Federal Rule of Civil Procedure 26(a)(1) or participate in a conference required under Federal Rule of Civil Procedure 26(f) in accordance with Federal Rule of Civil Procedure 26(a)(1)(B)(i).

The Conservation Groups disagree with Federal Defendants' position stated above.

The Conservation Groups respectfully request the Court extend the initial deadlines as requested herein.

**LCR 7(e) Certification:** I certify that this memorandum contains 497 words, in compliance with the Local Civil Rules.

RESPECTFULLY SUBMITTED this 24th day of September 2024.

        KAMPMEIER & KNUTSEN, PLLC

        By: s/ Brian A. Knutsen
        Brian A. Knutsen, WSBA No. 38806
        Emma Bruden, WSBA No. 56280
        1300 S.E. Stark Street, Suite 202
        Portland, Oregon 97214
        Telephone: (503) 841-6515 (Knutsen)
                     (503) 719-5641 (Bruden)
        Email: brian@kampmeierknutsen.com
        emma@kampmeierknutsen.com

        *Attorneys for Plaintiffs Wild Fish Conservancy & Wild Salmon Rivers d/b/a The Conservation Angler*

MOTION TO EXTEND DEADLINES – 3
No. 3:24-cv-05296-BHS

KAMPMEIER & KNUTSEN, PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

# ORDER

For the foregoing reasons, IT IS SO ORDERED. The Court hereby extends the initial deadlines, *see* Dkt. 51, as follows:

| **Case Obligation** | **Deadline** |
| --- | --- |
| Deadline for FRCP 26(f) Conference: | 14 days following the Court's rulings on the motions to dismiss or, if a stay is granted, 14 days following the expiration of the stay |
| Initial Disclosures Pursuant to FRCP 26(a)(1) Deadline: | 21 days following the Court's rulings on the motions to dismiss or, if a stay is granted, 21 days following the expiration of the stay |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) Deadline: | 28 days following the Court's rulings on the motions to dismiss or, if a stay is granted, 28 days following the expiration of the stay |

DATED this 26th day of September, 2024.

BENJAMIN H. SETTLE
United States District Judge

MOTION TO EXTEND DEADLINES – 4
No. 3:24-cv-05296-BHS

KAMPMEIER & KNUTSEN, PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515