HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILD FISH CONSERVANCY; and WILD SALMON RIVERS d/b/a THE CONSERVATION ANGLER,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE; *et al.*,<br><br>Defendants. | Case No. 3:24-cv-05296-BHS<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS, FEDERAL DEFENDANTS, OREGON DEFENDANTS, AND CLATSOP COUNTY DEFENDANTS' JOINT MOTION TO DISMISS ALL REMAINING CLAIMS |

Before the Court is Plaintiffs, Federal Defendants, Oregon Defendants, and Clatsop County Defendants' Joint Motion to Dismiss All Remaining Claims.

Pursuant to the parties' stipulation, the Court hereby grants the motion and dismisses all remaining claims against those parties. This order does not affect the consent decree previously entered by the Court. *See* Dkt. No. 75. The parties shall bear their own costs and attorneys fees.

IT IS SO ORDERED.

DATED this _____ day of _____, 2025.

_____
BENJAMIN H. SETTLE
United States District Judge

[PROPOSED] ORDER DISMISSING
REMAINING CLAIMS – 1
Case No. 3:24-cv-05296-BHS

KAMPMEIER & KNUTSEN, PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

Presented by:

KAMPMEIER & KNUTSEN, PLLC

By: s/ Brian A. Knutsen
Brian A. Knutsen, WSBA No. 38806
*Counsel for Plaintiffs Wild Fish Conservancy and The Conservation Angler*

U.S. DEPARTMENT OF JUSTICE

By: s/ Astrid Stuth Cevallos
Astrid Stuth Cevallos
*Counsel for Federal Defendants*

DAN RAYFIELD
Attorney General for the State of Oregon

By: s/ Carla A. Scott
Carla A. Scott, WSBA No. 39947
*Counsel for Oregon Defendants*

NORTHWEST RESOURCE LAW PLLC

By: s/ Greg A. Hibbard
Greg A. Hibbard, WSBA No. 60526
*Counsel for Clatsop County Defendants*

[PROPOSED] ORDER DISMISSING
REMAINING CLAIMS – 2
Case No. 3:24-cv-05296-BHS

KAMPMEIER & KNUTSEN, PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515